# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ELISHA GILBERT, JR., | : | HABEAS CORPUS |
| Petitioner, | : | 28 U.S.C. § 2241 |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-CV-1120-TWT-CMS |
| THE CORPORATION KNOWN | : | |
| AS JEFFREY L. MANN, et al., | : | |
| Respondents. | : | |

## FINAL REPORT AND RECOMMENDATION

Purporting to act as "Secured Party on behalf of ELISHA GILBERT JR, TRUST," DeKalb County pretrial detainee Elisha Gilbert, Jr. signed and submitted a "2241 Petition for Writ of Habeas Corpus" on March 25, 2017. *See* [1]. Five days later, Gilbert was released from jail. *See* https://ody.dekalbcountyga.gov/app/ViewJailing/#/jailing/375287 (last viewed Sept. 19, 2017). Notwithstanding his release from jail almost six months ago, however, Gilbert has not provided this Court with an updated address at which he may be contacted.

Accordingly, I **RECOMMEND** that this civil action be **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 41.2B because the management of this case has been adversely affected by the Plaintiff's failure to update his address.

I **DIRECT** the Clerk to terminate the referral of this case to me.

**SO RECOMMENDED AND DIRECTED**, this 19th day of September, 2017.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE