IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELISHA GILBERT, JR.<br>Secured Party,<br>on behalf of<br>Elisha Gilbert Jr., Trust,<br><br>　Petitioner,<br><br>　　v.<br><br><br>THE CORPORATION KNOWN AS<br>JEFFREY L. MANN ET. AL,<br><br>　Respondent. | CIVIL ACTION FILE<br>NO. 1:17-CV-1120-TWT |

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action without prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 13 day of October, 2017.

　　　　　　　　　　　　　　/s/Thomas W. Thrash
　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　United States District Judge

T:\ORDERS\17\Gilbert\r&r.wpd